# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT LEXINGTON

**CIVIL ACTION NO. 10-205-DLB**

**RICKY D. ADAMS**                                                                         **PLAINTIFF**

vs.                                  **JUDGMENT**

**MICHAEL J. ASTRUE, Commissioner**
**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

In compliance with Federal Rule of Civil Procedure 58, and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED AND ADJUDGED** that:

(1)      the administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)      Plaintiff's Complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and,

(3)      this action is **STRICKEN** from the active docket of this Court.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** Order.

This 21st day of June, 2011.

